UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Kyle et al.

    v.                     Civil No. 07-cv-00348-JL

Fidele Tremblay, Inc., et al.

**O R D E R**

At the request of the parties, a status conference was held in chambers on October 27, 2008.

Jury selection will be held **as scheduled**. The Final Pretrial Conference will be held **immediately after jury selection**. Opening Statements and evidence to commence on **January 12, 2009**. Filings due with respect to Final Pretrial Conference may be made on or before **January 2, 2009**, with the exception of motions *in limine*, which are due **December 12, 2008** (objections due **December 19, 2008**).

Hearing on the State of New Hampshire's motion to dismiss will be held **November 19, 2008, at 1:30 p.m.**

SO ORDERED.

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:   October 27, 2008

cc:  Peter Scott Bratton, Esq.
     Scott D. Springer, Esq.
     Bruce E. Turgiss, Esq.

```
Christopher J. Poulin, Esq.
Jonathan M. Shirley, Esq.
Lynmarie C. Cusack, Esq.
Edith L. Pacillo, Esq.
```